No. 94–5446 (A–98). DREW *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.

AUGUST 2, 1994

No. D–1356. IN RE DISBARMENT OF SEEMAN. Disbarment entered. [For earlier order herein, see 510 U. S. 1104.]

No. D–1371. IN RE DISBARMENT OF MCGRATH. Disbarment entered. [For earlier order herein, see 510 U. S. 1174.]

No. D–1383. IN RE DISBARMENT OF BUDMAN. Disbarment entered. [For earlier order herein, see 511 U. S. 1027.]

No. D–1384. IN RE DISBARMENT OF WELLS. Disbarment entered. [For earlier order herein, see 511 U. S. 1028.]

No. D–1388. IN RE DISBARMENT OF KLEIN. Disbarment entered. [For earlier order herein, see 511 U. S. 1051.]

No. D–1390. IN RE DISBARMENT OF DUBOW. Disbarment entered. [For earlier order herein, see 511 U. S. 1066.]

No. D–1393. IN RE DISBARMENT OF COMICI. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]

No. D–1394. IN RE DISBARMENT OF FARHAT. Disbarment entered. [For earlier order herein, see 511 U. S. 1104.]